IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DOUGLAS E. ATWOOD, Individually
and on behalf of others similarly situated**                                         **PLAINTIFF**

**VS.**                              **4:15-CV-00305-JM**

**STEPHEN J. PETERSON**, *et al.*                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on December 14, 2015, it is Considered, Ordered and Adjudged that this case be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED this 15th day of December, 2015.

_____
James M. Moody Jr.
United States District Court